# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND CARMONA, ABRAHAM MENDOZA, ROGER NOGUEIRA, THOMAS ARRIOLA, BURNETT BRULEE, GYGORY DIAZ, DANIEL ETCHEPARE, RAUL QUIROZ, on behalf of themselves and all others similarly situated, and all other aggrieved employees,<br><br>Plaintiffs,<br>v.<br><br>DOMINO'S PIZZA, LLC, a Michigan Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:20-cv-01905-JVS-(JDEx)<br><br>Hon. James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION FOR PLAINTIFFS TO FILE AMENDED CONSOLIDATED COMPLAINT [48]** |

Having considered the Parties' Joint Stipulation for Plaintiffs to File an Amended Consolidated Complaint ("Parties' Joint Stipulation") in this matter, and in consideration of the arguments of counsel and all papers presented to the Court, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The Stipulation is **GRANTED**;
2. Plaintiffs are **DIRECTED** to file their Amended Consolidated Complaint, which was attached to the Parties' Joint Stipulation as **Exhibit "A"**, no later than two court days following the issuance of this Order**;**
3. Defendant's responsive pleading is due thirty (30) days after the Consolidated Complaint is filed.

**IT IS SO ORDERED.**

Dated: April 18, 2025

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE