# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND CARMONA, ABRAHAM MENDOZA, ROGER NOGUEIRA, THOMAS ARRIOLA, BURNETT BRULEE, GYORGY DIAZ, DANIEL ETCHEPARE, RAUL QUIROZ, on behalf of themselves and all others similarly situated, and all other aggrieved employees,<br><br>Plaintiffs,<br>v.<br><br>DOMINO'S PIZZA, LLC, a Michigan Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:20-cv-01905-JVS-(JDEx)<br><br>Hon. James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION FOR PLAINTIFFS TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT [61]** |

Having considered the Parties' Joint Stipulation for Plaintiffs to File a Second Amended Consolidated Complaint ("Parties' Joint Stipulation") in this matter, and in consideration of the arguments of counsel and all papers presented to the Court, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The Stipulation is **GRANTED**;
2. Plaintiffs are **DIRECTED** to file their Second Amended Consolidated Complaint, which was attached to the Parties' Joint Stipulation as **Exhibit "A"**, no later than two court days following the issuance of this Order;
3. Defendant is not required to file a responsive pleading to the SACC at this time. Should the Court not grant final approval of the proposed Class and PAGA settlement resulting in the dismissal of the action, the Parties are ordered to file a Joint Stipulation providing a date by which Defendant must file a responsive pleading to the SACC.

**IT IS SO ORDERED.**

Dated: November 21, 2025

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

-1-
ORDER RE: JOINT STIPULATION FOR PLAINTIFFS TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT
CASE NO. 8:20-CV-01905-JVS-(JDEx)